IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

ANDREW JODDIE WILLIAMS )
3886 CHRISTINE E. CURVE APT. 101 )
MONTGOMERY ALABAMA 36116 )
       Plaintiff(s), )
       v. )
NIX HOLTSFORD GILLILAND )
P.O. 4128 BOX )
MONTGOMERY ALABAMA 36103-4128 )
       Defendant(s). )

RECEIVED
2005 NOV -9 A 10: 45

CIVIL ACTION NO.
2:05CV1080-F

## COMPLAINT

1. Plaintiff(s)' address and telephone number: # 3886 CHRISTINE E. CURVE APARTMENT 101, MONTGOMERY ALABAMA 36116. NO TELEPHONE NUMBER

2. Name and address of defendant(s): NIX HOLTSFORD GILLILAND, HIGGINS & HITSON P.C. P. O. BOX 4128 MONTGOMERY ALABAMA 36103-4128 334-215-8585

3. Place of alleged violation of civil rights: 80 ROAD WEST, ONE MILE WEST OF HAYNEVILLIE ROAD, HAYNEVILLIE ALABAMA. AUTOMOBILE WREKAGE, A

4. Date of alleged violation of civil rights: MARCH 11, 2003

5. State the facts on which you base your allegation that your constitutional rights have been violated: NOT ANY RELIEF SOUGHT AFTER FILING THIS CASE INTO THREE E LOWER COURT. PLAINTIFF PETITIONS THAT HIM RIGHTS WAS VIOLATED WHEN DEFENDENT CHASHED INTO THE REAR END OF HIS AUTOMOBILE AND KNOCKED IT 50 FT. FORWARD DAMAGEING NECK LOWER BACKBONE AND KNEES ALSO LOSS OF MEMORY AND DRIVING PARANOIA. 9 PLEASE SEE APPELLENT COMPLIANT)

1

6.  Relief requested: __ONE HUNDRED MILLIOM DOLLARS__

Date: November 9, 2005

*Andrew Williams*
*Andrew Williams*
Plaintiff(s) Signature