IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW JODDIE WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1080-F |
| | ) |
| NIX HOLTSFORD GILLILAND HIGGINS | ) |
| & HITSON, PC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Delores R. Boyd for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 10th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE