IN THE UNITED STATES
DISTRICT COURT

ANDREW WILLIAMS
3886 CHRISTINE ELIZABETH CURVE
MONTGOMERY ALABAMA 36116
APT. 101
    APPELLENT

RECEIVED

2005 NOV 29 A 11: 56

VERSES

CASE NO. 2:05cv1080-MEF-DRB

NIX HOLTSFORD GILLILAND
HIGGINS & HITSON, P.C.
P.O.BOX 4128
MONTGOMERY ALABAMA 36103-4128
    DEFENDENT

---

OBJECTION
TO MAGISTRATE ORDER

1. APPELLENT OBJECTION TO UNITED STATES MAGISTRATE RECOMMENDATION ORDER DATED NOVEMBER 18,2005, ON GROUND OF PLAIN ERROR AND MANIFEST INJECTICE. CASE EXAMPLE ARE NETTLES V. WAINWRIGHT, 667F. 2d404(5thCURCUIT.1982) SEE STEIN V. REYNOLDS SECURITIES,INC. 6 67 F.2d 33 (11th circuit 1982). SEE ALSO BONNER V. CITY OF PICHARD, 661F.2d 1206 (11th CIRCUIT 1981,en banc0), ADOPTING AS BINDING PRECENT.

2. THE ROOKER FELDMAN DOCTRINE HAS NOT ANY VALIDATION WHEN COMPARE WITH UNITED STATES CONSTITUTION RULE 158 WHICH DEFINES APPELLENT JURISDICTION TO A UNITED STATES DISTRICT COURT FOR APPEALS OF FINAL JUDGEMENT OR DECREES. PLEASE SEE U,S. RULE ATTACHED

3. THE U. S. DISTRICT COURT GROUNDS FOR DISMISSAL ARE RULE 1915(e0)(2)(B). THESE GROUNDS INVALIDATES THE ATTACHED RULES FOR PUNITIVE DAMAGES THAT OCCURR IN INTENTIONAL AUTOMOBILE WRECKAGE. SEE RULE 6-11-20 AND 6-11-21 IN THIS FILING.

4. THE ATTACHED REGULATION 6-11-20 AND 6-11-21 LOCATED ON PAGES 7,8,9,10, and 11 STATES APPELLENT CLAIMS FOR RELEIF. ALSO REDEFER TO MEDICAL REPORT FROM THE JACKSON HOSPITAL OF MONTGOMERY ON PAGE 12, ALSO SE POLICE REPORT OF ACCIDENT ON PAGE 13. SEE ATTACHMENT CALLED APPELLENTS COMPLIANT.

5. PLAINTIFF FILING INTO U.S. DISTRICT COURT SEEKS A SEPERATE RULING IN THIS CASE, AND NOT REQUESTING THE COURT TO DISENTANGLED LOWER COURT FILING, BY PLACING IMMEADITLY ON TOP PAGE A COMPLIANT INTO UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA.