IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREW JODIE WILLIAMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cv1080-F |
| | ) | |
| NIX HOLTSFORD GILLILAND HIGGINS & HITSON, PC, | ) ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the Court:

(1) That the objection filed by Plaintiff on November 29, 2005 (Doc. #5) is OVERRULED;

(2) That the Recommendation of the United States Magistrate Judge entered on November 8, 2005 (Doc. #4) is ADOPTED;

(3) That this case is therefore DISMISSED in accordance with the Magistrate Judge's Recommendation.

DONE this 5th day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE