IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-16788-C
_____

ANDREW JODDIE WILLIAMS,

                 Plaintiff-Appellant,

versus

NIX HOLTSFORD GILLILAND HIGGINS & HITSON, PC,

                 Defendant-Appellee.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

ORDER:

Appellant's motion to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983). Appellant's "Application for Rehearing" is DENIED AS MOOT.

                 /s/ Susan H. Black
                 UNITED STATES CIRCUIT JUDGE

[Stamps: RECEIVED 2006 MAR 13 A 10: 26, DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA; FILED U.S. COURT OF APPEALS ELEVENTH CIRCUIT MAR 10 2006, THOMAS K. KAHN, CLERK]