IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-16788-C

ANDREW JODDIE WILLIAMS,

                   Plaintiff-Appellant,

versus

NIX HOLTSFORD GILLILAND HIGGINS & HITSON, PC,

                   Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before BLACK and BARKETT, Circuit Judges.

BY THE COURT:

Appellant has filed an "Application for a Stay," which we construe as a motion for reconsideration of this Court's order dated March 10, 2006. Upon reconsideration, appellant's motion for leave to proceed in forma pauperis is DENIED because the appeal is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); Jones v. Crosby, 137 F.3d 1279, 1280 (11th Cir. 1998) (citing Rooker v. Fidelity Trust Co., 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed.2d 362 (1923), and D.C. Court of Appeals v. Feldman, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983)).

[Stamps: RECEIVED 2006 APR 28 AM 9:03; FILED U.S. COURT OF APPEALS ELEVENTH CIRCUIT APR 25 2006 THOMAS K. KAHN CLERK]