IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 1 6 2006

THOMAS K. KAHN
CLERK
```

———————

No. 05-16788-C

———————

ANDREW JODDIE WILLIAMS,

Plaintiff-Appellant,

versus

NIX HOLTSFORD GILLILAND HIGGINS & HITSON, PC,

Defendant-Appellee.

———————————————

Appeal from the United States District Court for the

Middle District Of Alabama

———————————————

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $250 docketing and $5 filing fees ($255) to the district court clerk within the time fixed by the rules, effective this 16th day of May, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Pam Holloway
Deputy Clerk

FOR THE COURT - BY DIRECTION

Clerk of the United States Court of Appeals, Eleventh Circuit

By: Pam Holloway
Deputy Clerk          Atlanta, Ga.

ORD-40