# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001





William K. Suter
Clerk of the Court
(202) 479-3011

October 2, 2006

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re: Andrew Joddie Williams
        v. Nix Holtsford Gilliland Higgins & Hitson, P.C.
        No. 05-11353
        (Your No. 05-16788)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8.

                        Sincerely,

                        **William K. Suter**, Clerk